

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2022

No. 04-22-00292-CR

David **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 20-01-003847-ZCRAJA
Honorable Amado J. Abascal III, Judge Presiding

# O R D E R

Appellant's brief originally was due to be filed on August 25, 2022. Appellant is represented on appeal by appointed counsel Ms. Angela J. Moore. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 26, 2022. On September 26, 2022, Ms. Moore filed a second motion requesting an additional thirty-day extension of time to file the brief. On September 28, 2022, we granted the motion and ordered appellant to file his brief no later than October 26, 2022. Our order cautioned that further extensions of time would be disfavored absent extraordinary circumstances. On October 26, 2022, Ms. Moore filed a "third and final motion for" extension requesting an additional thirty days in which Ms. Moore explained her request for more time. We granted this motion and ordered Ms. Moore to file appellant's brief **no later than November 28, 2022**. Our order cautioned Ms. Moore that if she failed to file appellant's brief by November 28, 2022, this appeal would be abated to the trial court for an abandonment hearing, and the trial court would be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

On November 29, 2022, Ms. Moore filed yet another motion requesting a forty-eight-hour extension. Despite the clerk's records and reporter's records having been filed since August 2022, Ms. Moore contends she "has been unable to obtain a video to review her client's behaviors and statements during" a custodial interview. Ms. Moore states the District Attorney's Office will send her a link to the recording today, November 29th.

The request for a forty-eight-hour extension is GRANTED; however, <u>no further extensions of time will be granted.</u> **Ms. Moore is ORDERED to file appellant's brief** no later than December 1, 2022. **If Ms. Moore fails to file appellant's brief by December 1, 2022, this appeal will be abated to the trial court for an abandonment hearing, and the trial court would be asked to consider whether sanctions are appropriate.** TEX. R. APP. P. 38.8(b)(2).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court